UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 12-3199 |
| ) | |
| CHARLES W. MCGREW and C.J. MC CO., ) | |
| INC. d/b/a Advance Crop Service, ) | |
| ) | |
| Defendants. ) | |

OPINION

SUE E. MYERSC0UGH, U.S. District Judge:

The Court now considers Plaintiff's Motion For Default Judgment (Motion) (d/e 13) pursuant to Fed.R.Civ.P. 55.  In support of its motion, Plaintiff states as follows:

1.  The Complaint in this matter was filed on July 30, 2012.

2.  On August 8 and 11, 2012, Defendants were duly served with the Complaint and Summons.

3.  Despite two extensions of time, the Defendants have failed to timely file a responsive pleading.

4.  An Order of Default against Defendants, was entered on November 5, 2012.

In light of these facts, the Court finds that Plaintiff is entitled to the fees, costs, and damages listed in the Motion.  Therefore:

A. Plaintiff's Motion for Default Judgment (d/e 13) is GRANTED;

B. Judgment is entered in favor of Plaintiff, Pioneer Hi-bred International, Inc. and against the Defendants, Charles W. McGrew and C.J. Mc Co., Inc. d/b/a Advance Crop Service in the sum of $78,846.06.

Entered this 3rd day of January, 2013.

FOR THE COURT:

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE